B 5 (Official Form 5) (12/07)

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

**INVOLUNTARY PETITION**

| | |
|---|---|
| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>**Tasker Products Corp** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>Tasker Beverage Corp, Tasker Cosmetics Corp, Tasker Food Solutions Corp, Tasker Pet Care Corp, Tasker Water Treatment Corp, Tasker Manufacturing Corp, Tasker Products IP Holdings Corp, Tasker Products Development Corp, Coast to Coast Labotatories Corp |
| Last four digits of Social-Security or other Individual's Tax-I.D. No /Complete EIN (If more than one, state all.): **88-0426048** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>21-00 Route 208<br>Fairlawn, New Jersey<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>New Jersey<br>ZIP CODE **07410** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>c/o Charles M. Forman, assignee<br>Forman Holt Eliades & Raven LLC<br>80 Route 4 East, Suite 290<br>Paramus, New Jersey<br><br>ZIP CODE **07652** |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7   ☐ Chapter 11

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts (Check one box.) | Type of Debtor (Form of Organization) | Nature of Business (Check one box.) |
|---|---|---|
| Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | ☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. *[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _/s/_ | x _____ 05/26/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Momona Capital LLP           05/26/2009 | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Name of Petitioner           Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: c/o Olshan Grundman, 65 East 55th Street, New York, New York 10022, Attn: Michael S. Fox, Esq. | 65 East 55th Street, New York, New York 10022 |
| | Address |
| | (212) 451-2300 |
| | Telephone No. |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

**Total Amount of Petitioners' Claims  $50,000.00**

## ATTACHMENT TO INVOLUNTARY PETITION FILED BY MOMONA CAPITAL LLC AGAINST TASKER PRODUCTS CORP.

Debtor is indebted to Petitioners for not less than $50,000.

Petitioner herein is the holder of claims against the debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred under (a) as a result of a series of transactions on September 28, 2007, November 29, 2007 and December 14, 2007 wherein Tasker issued 6% Secured Convertible Promissory Notes to accredited investors in the amount of $12,684,597, or (b) as a result of a series of transactions on December 20, 2007 wherein Tasker issued 6% Secured Convertible Promissory Notes due December 2010 in an aggregate principal amount of $2,032,546.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

616579-1I

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor __Tasker Products Corp__

Case No. __09-__

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ | x _____  05/26/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney              Date |
| Alpha Capital Anstalt         05/26/2009 | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | 65 East 55th Street, New York, New York 10022 |
| Pradafant 7 Furstentums Vaduz Liechtenstein 9490 | Address |
| | (212) 451-2300 |
| | Telephone No. |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

**Total Amount of Petitioners' Claims   $5,713.42**

# ATTACHMENT TO INVOLUNTARY PETITION FILED BY ALPHA CAPITAL ANSTALT AGAINST TASKER PRODUCTS CORP.

Debtor is indebted to Petitioners for not less than $6,713.42.

Petitioner herein is the holder of claims against the debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred under (a) as a result of a series of transactions on September 28, 2007, November 29, 2007 and December 14, 2007 wherein Tasker issued 6% Secured Convertible Promissory Notes to accredited investors in the amount of $12,684,597, or (b) as a result of a series of transactions on December 20, 2007 wherein Tasker issued 6% Secured Convertible Promissory Notes due December 2010 in an aggregate principal amount of $2,032,546.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ [signature]                                                                 x _____ 05/26/2009
Signature of Petitioner or Representative (State title)    Signature of Attorney                Date
Little Wing LP                              05/26/2009              Olshan Grundman Frome Rosenzweig & Wolosky LLP
Name of Petitioner                      Date Signed                 Name of Attorney Firm (If any)
                                                                    65 East 55th Street, New York, New York 10022

Name & Mailing Address of Individual Signing in Representative Capacity:
c/o Parker L. Quillen
145 East 57th Street, 10th Fl
New York, New York 10022

Address
(212) 451-2300
Telephone No.

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

**Total Amount of Petitioners' Claims**
$ 807,391.17

## ATTACHMENT TO INVOLUNTARY PETITION FILED BY LITTLE WING LP AGAINST TASKER PRODUCTS CORP.

Debtor is indebted to Petitioners for not less than $807,391.17.

Petitioner herein is the holder of claims against the debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred under (a) a series of transactions on September 28, 2007, November 29, 2007 and December 14, 2007 wherein Tasker issued 6% Secured Convertible Promissory Notes to accredited investors in the amount of $12,684,597, or (b) a series of transactions on December 20, 2007 wherein Tasker issued 6% Secured Convertible Promissory Notes due December 2010 in an aggregate principal amount of $2,032,546.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor  Tasker Products Corp

Case No. 09-_____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ [signature]                                               x _____  05/26/2009
Signature of Petitioner or Representative (State title)         Signature of Attorney            Date
Tradewinds Fund Ltd.                    05/26/2009              Olshan Grundman Frome Rosenzweig & Wolosky LLP
Name of Petitioner                      Date Signed             Name of Attorney Firm (If any)
                                                                65 East 55th Street, New York, New York 10022
Name & Mailing          c/o Parker L. Quillen                   Address
Address of Individual   145 East 57th Street, 10th Fl           (212) 451-2300
Signing in Representative  New York, New York 10022             Telephone No.
Capacity

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims $143,275.09 |
|---|---|

**ATTACHMENT TO INVOLUNTARY PETITION FILED BY TRADEWINDS FUND LTD. AGAINST TASKER PRODUCTS CORP.**

Debtor is indebted to Petitioners for not less than $143,275.09.

Petitioner herein is the holder of claims against the debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred under (a) as a result of a series of transactions on September 28, 2007, November 29, 2007 and December 14, 2007 wherein Tasker issued 6% Secured Convertible Promissory Notes to accredited investors in the amount of $12,684,597, or (b) as a result of a series of transactions on December 20, 2007 wherein Tasker issued 6% Secured Convertible Promissory Notes due December 2010 in an aggregate principal amount of $2,032,546.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

616579-1A

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor: Tasker Products Corp

Case No. 09-_____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x /s/ Parker L. Quillen                                   x /s/                                              05/26/2009
Signature of Petitioner or Representative (State title)   Signature of Attorney                              Date
Parker L. Quillen                    05/26/2009           Olshan Grundman Frome Rosenzweig & Wolosky LLP
Name of Petitioner                   Date Signed          Name of Attorney Firm (If any)
                                                          65 East 55th Street, New York, New York 10022
Name & Mailing           145 East 57th Street, 10th Fl    Address
Address of Individual    New York, New York 10022         (212) 451-2300
Signing in Representative                                 Telephone No.
Capacity

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

**Total Amount of Petitioners' Claims** $120,000.00

# ATTACHMENT TO INVOLUNTARY PETITION FILED BY PARKER L. QUILLEN AGAINST TASKER PRODUCTS CORP.

Debtor is indebted to Petitioners for not less than $120,000.

Petitioner herein is the holder of claims against the debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred under (a) as a result of a series of transactions on September 28, 2007, November 29, 2007 and December 14, 2007 wherein Tasker issued 6% Secured Convertible Promissory Notes to accredited investors in the amount of $12,684,597, or (b) as a result of a series of transactions on December 20, 2007 wherein Tasker issued 6% Secured Convertible Promissory Notes due December 2010 in an aggregate principal amount of $2,032,546.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

B 5 (Official Form 5) (12/07) – Page 2     Name of Debtor __Tasker Products Corp__

Case No. __09-_____

## TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _/s/_ | x _____ 05/26/2009 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| William Truxal    05/26/2009 | Olshan Grundman Frome Rosenzweig & Wolosky LLP |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | 65 East 55th Street, New York, New York 10022 |
| Name & Mailing Address of Individual Signing in Representative Capacity | 226 Harborview Lane |
| | Largo, Florida 33770 |
| | Address |
| | (212) 451-2300 |
| | Telephone No. |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

**Total Amount of Petitioners' Claims**    $ 276,429.00

**ATTACHMENT TO INVOLUNTARY PETITION FILED BY WILLIAM J. TRUXAL LLC AGAINST TASKER PRODUCTS CORP.**

Debtor is indebted to Petitioners for not less than $276,429.00.

Petitioner herein is the holder of claims against the debtor that are not contingent as to liability or the subject of a bona fide dispute as to the liability or amount. Petitioner hereby agrees that the value of its liens on property of the Debtor shall not secure $14,000 of its debt incurred under (a) as a result of a series of transactions on September 28, 2007, November 29, 2007 and December 14, 2007 wherein Tasker issued 6% Secured Convertible Promissory Notes to accredited investors in the amount of $12,684,597, or (b) as a result of a series of transactions on December 20, 2007 wherein Tasker issued 6% Secured Convertible Promissory Notes due December 2010 in an aggregate principal amount of $2,032,546.

Petitioner does not wave any other rights, interest, remedies or liens it may have, either individually or in any representative capacity (including Agent, if applicable).

616579-1J