UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
: 
In re : Chapter 7
 : Case No. 09-13455 (AJG)
TASKER PRODUCTS CORP. :
 :
Debtor. :
 :
-----------------------------------------------------------------X

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS, AND REQUEST FOR ADDITION TO MATRIX

**PLEASE TAKE NOTICE** that pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Lanny Dacus, Greg Osborn, Stathis Kouninis, Doreen Remmen, Joseph P. Carfora, Timothy M. Lane, Frederick G. Ledlow, William P. Miller and Peter O'Gorman (collectively, "Defendants"), appears through its counsel, Wollmuth Maher & Deutsch LLP, and requests service of all notices and documents herein upon:

Paul R. DeFilippo
Adam Bialek
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0050
pdefilippo@wmd-law.com
abialek@wmd-law.com

Counsel also requests that all ECF/electronic notices be sent to pdefilippo@wmd-law.com and abialek@wmd-law.com.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service of notices and documents includes all pleadings of any kind, including, without limitation, all notices, applications,

motions, complaints, and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned Debtors, their property, or their estates.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance, Request for Service of Notices and Documents, and Request for Addition to Matrix* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of remedies, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  New York, New York
        February 22, 2010

                                    Respectfully submitted,

                                    WOLLMUTH MAHER & DEUTSCH LLP

                                    ___/s/ Paul R. DeFilippo___
                                    Paul R. DeFilippo
                                    Adam Bialek
                                    500 Fifth Avenue, 12th Floor
                                    New York, New York 10110
                                    (212) 382-3300
                                    pdefilippo@wmd-law.com
                                    abialek@wmd-law.com
                                    *Counsel for Defendants*