UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

In re:  :  Chapter 7
        :  Case No. 09-13455 (AJG)
TASKER PRODUCTS CORP.  :
        :
    Debtor.  :
        :

----------------------------------------------------------------X

### ORDER AUTHORIZING ADVANCES OF DEFENSE FEES AND COSTS UNDER DEBTORS' DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY AND GRANTING RELIEF FROM AUTOMATIC STAY TO THE EXTENT APPLICABLE

Upon consideration of the motion of Lanny Dacus, Greg Osborn, Stathis Kouninis, Doreen Remmen, Joseph P. Carfora, Timothy M. Lane, Frederick G. Ledlow, William P. Miller and Peter O'Gorman (collectively, "Defendants"), Defendants in the related adversary proceeding No. 10-01998 (AJG), for Relief from Automatic Stay (the "Motion"), and after notice having been given of the Motion, with the Trustee having no objection to the entry of this Order, and for cause shown, it is hereby

ORDERED as follows:

ORDERED, that the Motion is granted; and it is further

ORDERED, that XL Specialty[1] is permitted to advance Defense Expenses to Defendants and to make any other payments due under the Policy (subject to the terms and conditions of the Policy and XL Specialty's reservation of rights) in connection with the Adversary Proceeding, including any appeal therefrom, and, to the extent applicable and necessary, the automatic stay imposed by section 362 of the Bankruptcy Code is modified to permit such advancement, and it is further

---

[1] Capitalized terms not defined herein shall have the same meaning as in the Motion.

902965-3

ORDERED, that nothing in this Order shall modify or alter the contractual rights and obligations provided for under the terms and provisions of the Policy; and it is further

ORDERED, that nothing in this Order shall constitute a determination that the proceeds of the Policies are property of the Debtor's estate, and the rights of all parties in interest to assert that the proceeds of the Policies are, or are not, property of the Debtor's estate are hereby reserved; and it is further

ORDERED, that this Court shall retain jurisdiction to adjudicate any disputes arising under of with respect to any other matters related to the implementation of this Order; and it is further

ORDERED, that the ten (10) day stay provided by Bankruptcy Rule 4001(a)(3) is waived and this Order takes effect immediately upon its entry; and

ORDERED, that this Court hereby retains jurisdiction to hear and determine all matters, claims, and disputes arising from or relating to the Motion or this Order.

Dated: New York, New York
March 10, 2010     **s/Arthur J. Gonzalez**
                    Honorable Arthur J. Gonzalez
                    Chief United States Bankruptcy Judge


NO OBJECTION:

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY, LLP

*Counsel to the Trustee*

By: /s/ Michael S. Fox
    Michael S. Fox
65 East 55th St.
New York, NY 10022

902965-3